UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES COCKERHAM                                    CIVIL ACTION

VERSUS                                             NO.  10-2951

O. KENT ANDREWS, WARDEN                            SECTION "F"(5)

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of James Cockerham for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 20th day of APRIL, 2011.

_____
UNITED STATES DISTRICT JUDGE